UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FELIBI SIAGHA-COKE,

      Petitioner,

      v.                            CAUSE NO. 3:26cv200 DRL-SJF

BRIAN ENGLISH, Warden of Miami
Correctional Facility,

      Respondent.

## ORDER

Before the court are three filings by immigration detainee Felibi Siagha-Coke, a litigant without counsel, in this closed case. In an order issued on May 12, 2026, the court denied Mr. Siagha-Coke's habeas corpus petition, except to find that he must be classified under 8 U.S.C. § 1226(a), including for purposes of any custody redetermination. The motions appear to have crossed in the mail with the court's order.

Mr. Siagha-Coke asks the court to correct the docket to reflect that the "o" in his name has an accent. He also clarifies that he is a dual citizen of Jamaica and Lebanon, not just a citizen of Jamaica as stated in prior order. He asks the court to correct these issues. Because the case is now closed and these issues do not impact the relief he was granted, the court finds such action unnecessary.

His final motion, labeled "Motion Non-Compliance of Order," is difficult to decipher, but he appears to argue that his removal proceedings were improperly filed and should be dismissed. He suggests that the respondent violated a court order by failing to have the

removal proceedings dismissed. However, the sole issue decided by the court was whether he could be detained without an opportunity for bond pursuant to 8 U.S.C. § 1225(b)(2). Issues regarding the propriety of his ongoing removal proceedings fall outside the scope of this court's review. 8 U.S.C. §§ 1252(a)(5), (b)(9); *Morales-Ramirez v. Reno*, 209 F.3d 977, 979 (7th Cir. 2000).

For these reasons, the petitioner's motions [ECF 17, 18, 19] are DENIED.

SO ORDERED.

June 4, 2026                                     *s/ Damon R. Leichty*
                                                 Judge, United States District Court

2